**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1456**

---

VERA NIGRO,

                                    Plaintiff - Appellant,

        versus

JOHN SNOW, Secretary, United States Department
of Treasury,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (CA-04-
1138-AMD)

---

Submitted:  October 31, 2005          Decided:  November 18, 2005

---

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Frederic M. Brandes, Timonium, Maryland, for Appellant.  Rod J.
Rosenstein, United States Attorney, James A. Frederick, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vera Nigro appeals the district court's order denying relief in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Nigro v. Snow, No. CA-04-1138-AMD (D. Md. Mar. 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED